

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00539-CV

**IN RE** Roberto Carlos **MENDIVES**, Sr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: September 7, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On August 24, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-00877, styled *In the Matter of the Marriage of Angela Rose Mendives and Roberto Carlos Mendives, Sr., and in the interest of R.C.M. II, M.A.M., G.F.M., and E.F.M., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.